**A. F. BLANTON, Movant, v. COMMONWEALTH of Kentucky Opposed.**

Court of Appeals of Kentucky.

Nov. 20, 1942.

P. H. Vincent for movant.

Hubert Meredith, Attorney General, and Frank A. Logan, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**A. S. DENNY, Doing Business as Denny Realty Co., Movant, v. Lily Mae MOORE and R. B. MOORE, Opposed.**

Court of Appeals of Kentucky.

Nov. 24, 1942.

Robert M. Odear and Keenon & Odear for movant.

S. Jewell Rice, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**GLADYS SHOPS, Movant, v. Mrs. Bernice ROSS, Opposed.**

Court of Appeals of Kentucky.

Nov. 27, 1942.

Wheeler & Shelbourne for movant.

Joe L. Freeland, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.